| DIST. | OFF. | DOCKET YR. NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | D PL DEF | R | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | 2 | 87  3975 | 6  29  87 | 3 | 440 | 1 |  | 23 |  | 1321JF / M | 42101 | P | 87  3975 |

## PLAINTIFFS

PLEDGE OF RESISTANCE, COMMITTEE IN SOLIDARITY WITH THE PEOPLE OF EL SALVADOR, ACT (formerly Pa. Campaign for Nuclear Weapons Freeze), AMERICANS FOR DEMOCRATIC ACTION, CALL TO CONSCIENCE, CENTRAL AMERICAN NETWORK, CHURCH AND WORLD INSTITUTE, CONCERNED ARTS COALITION, GAY AND LESBIAN TASKFORCE, KENSINGTON JOINT ACTION COALITION, NEW JEWISH AGENDA, CENTRAL AMERICA TASK FORCE, NATIONAL ORGANIZATION FOR WOMEN, PHILADELPHIA LABOR COMMITTEE ON CENTRAL AMERICA AND THE CARIBBEAN, SANE, TEMPLE COALITION FOR SOCIAL JUSTICE AND DISARMAMENT, LOVETT, ZENA, NATT, JEFF, GEMBERLING, GILLES, KING, ANITA, HARRIS, BOB, KNAUSE, STEVE, TOFFLEMIRE, JOHN, ALLEN, GEORGE, LIPTON, ANDREW, MILLER, LEANNE, STAUFFER, DON, STAUFFER, AMY, HASBROOK, ALICE SWANSON, JANE, KULICK, SETH, NOLLER, DR. THOMAS, MCMANMON, BOB, MILLER, JOSEP SHINMAN, PHIL, JONES, REBECCA, REED, EDWARD, GRANT, JOHN, MCGINNIS, MIKE, RUIZ, JUAN CARLOS, KANE, BRIAN, SIMPSON, JAMES, MCKENNA, SISTER MARGARET, GRODINSKY, SOPHIE, LUPFER, PAM, SHARER, DONNA,

ARB

**VS**

## DEFENDANTS

WE THE PEOPLE 200, INC., CITY OF PHILADELPHIA, MITCHELL, ROBERT, FRIEL, FRANCIS, DONAHUE, WALTER, TUCKER, KEVIN, DAVIS, WAYNE G., COLEMAN, JAMES W., JR., CAWOOD, HOBART G., DOE, JOHN, ROE, RICHARD POE, JANE

**CAUSE** (CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

CIVIL RIGHTS

~~MOVANTS~~
~~FRIENDS OF ANIMALS~~ (31)
~~LEILA FUSFELD~~
~~BRANDON GITTELMAN &~~
~~MARIANNE BESSEY~~

## ATTORNEYS

FRIEDLAENDER, LENORE, BOWEN, JERILYN, METZLER, SYLVIA, BRAUN, JOAN, HUNDLEY, PETER, KOERNER, NORMAN

NATIONAL EMERGENCY CIVIL LIBERTIES COMMITTEE
David Kairys & Adam Thurschwell
KARIRYS & RUDOVSKY
924 Cherry St.
Suite 500
Phila., Pa. 19107

AMERICAN CIVIL LIBERTIES UNION
Stefan Presser, Esq.
~~21 S. 5th St.~~ Suite 701, 125 S. 9th St.
Phila., Pa. 19107

NATIONAL LAWYERS GUILD
by: Gloria Gilman, Esq.
~~924 Cherry St.~~
~~Phila., Pa. 19107~~      135 S. 19th Street, Ste. 200
                         Phila., PA 19103-4921
                         David Rammler, Esq.
Julie Shapiro, Esq.      RAMMLER & LANGSTON
21s 5th St.              1616 Walnut St.
Phila., Pa. 19106        Phila., Pa. 19103

FEDERAL DEFTS.
Joan Gardner, AUSA

CITY OF PHILA.
Ralph Teti, Esq.
J. Milan, Esq.
B. Appel, Esq.
1500 Municipal Services Bldg.
Phila., Pa. 19107

WE THE PEOPLE, 200, INC.
by: Raymond K. Denworth, Jr., Esq.
    Horace D. Nalle, Jr., Esq.
    DRINKER BIDDLE & REATH
    1100 Philadelphia National Bank
    Building
    Broad and Chestnut St.
    Phila., Pa. 19107

~~MOVANTS~~ (31)
~~Mary Catherine Roper, Esq.~~
~~P. O. Box 40008~~
~~Phila., PA 19106~~

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
|  | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
|  |  |  |  | JS-5 |  |
|  |  |  |  | JS-6 | 10/8\_ |

| DATE | NR. | C.A. 87 3975 (JF)        PROCEEDINGS |
|---|---|---|
| 1987 | | |
| 1 Jun | 29 | Complaint, filed. |
| -- " | 29 | Summons exit. (given to counsel) |
| -- " | 29 | JURY TRIAL DEMANDED. |
| 2 " | 29 | PLFFS MOTION FOR A PRELIMINARY INJUNCTION, MEMO, FILED. |
| (2) " | 29 | ORDER THAT A HEARING IS SCHEDULED FOR 7/8/87 ON PLFFS MOTION FOR A PRELIMINARY INJUNCTION, TELEPHONE CONFERENCE SCHEDULED FOR 7/2/87, ETC., FILED.      6/30/87 ENTERED AND COPIES MAILED |
| 3 Jul | 8 | City's memo in opposition to motion for preliminary injunction, filed. |
| 4 " | 8 | Federal Defts proposed findings of fact and conclusions of law for preliminary injunction hearing, filed. |
| 5 " | 9 | Hearing 7/8/87, re: plffs motion for preliminary injunction, Governments Motion under Rule 41(b) - Denied, filed. |
| 6 " | 9 | Plffs supplemental memo in support of motion for preliminary injunction, cert. of service, filed. |
| 7 " | 9 | Hearing 7/9/87 resumes re: Plffs motion for preliminary injunction, C.A.V., filed. |
| 3 " | 10 | MEMORANDUM AND ORDER THAT AS TO WE THE PEOPLE 200 INC. AND WAYNE G. DAVIS, PLFFS MOTION FOR PRELIMINARY INJUNCTION IS DENIED, AS TO THE REMAINING DEFTS PLFFS MOTION FOR PRELIMINARY INJUNCTION IS GRANTED IN PART, ETC., FILED.      7/13/87 ENTERED AND COPIES MAILED |
| 9 " | 14 | Plffs memo in support of motion for preliminary injunction, cert. of service, filed. |
| 10 " | 14 | ORDER THAT A HEARING IS SCHEDULED FOR 7/17/87 TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHALL NOT BE ISSUED, ETC., FILED.      7/14/87 ENTERED AND COPIES MAILED |
| 11 Jul | 15 | Hearing 7/14/87 re: order to show cause, Court rules from the bench: Plffs motion for preliminary injunction re: defts denying plff, Phila. Lesbian and Gay Task Force their requested permit to assemble for the purpose of political expression in the Independence Mall area on 7/16/87 is DENIED, etc., filed. |
| 12 " | 17 | ORDER THAT THE MEMORANDUM AND ORDER FILED 7/10/87 IS AMENDED, ETC., FILED.      7/17/87 ENTERED AND COPIES MAILED |
| 13 " | 22 | Appearance of Raymond K. Denworth, Jr. and Horace D. Nalle, Jr. on behalf of We the People, 200, Inc., filed. |
| 14 " | 22 | Answer of We The People 200, Inc., filed. |
| 15 " | 28 | Answer of City, filed. |
| 16 Aug | 6 | Transcript of testimony of Peter Hundley on 7/8/87, filed. |
| 17 " | 12 | Transcript of hearing re: preliminary injunction, 7/8/87, filed. |
| 18 " | 12 | Transcript of hearing re: preliminary injunction, 7/9/87, filed. |
| 19 " | 31 | CITYS MOTION FOR PROTECTIVE ORDER, MEMO, CERT. OF SERVICE, FILED. |
| 20 Sept | 4 | Plffs' response to City defts' motion for protective order, memo, certificate, filed. |
| (19) " | 9 | ORDER THAT THE DEPOSITION OF MAYOR W. WILSON GOODE NOT BE TAKEN IN THIS MATTER, PLFFS MAY SUBMIT WIRITTEN INTERROGATORIES (NOT MORE THAN 10) FOR RESPONSE BY THE MAYOR, FILED.      9/10/87 ENTERED AND COPIES MAILED |
| 21 Oct | 7 | PLFFS MOTION TO COMPEL DISCOVERY, MEMO, CERT. OF SERVICE, FILED. |
| 22 " | 15 | Federal Defts order form to purchase transcript, filed. |
| 23 " | 20 | STIPULATION AND ORDER EXTENDING TIME UNTIL 10/28/87 IN WHICH CITY OF PHILA., ET AL SHALL RESPOND TO PLFFS MOTION TO COMPEL DISCOVERY, FILED.      10/20/87 ENTERED AND COPIES MAILED |
| 24 " | 28 | City defts response to motion to compel discovery, Memo, Cert. of service, filed. |
| 25 Nov | 5 | Plffs Counsel change of address, filed. |
| 1988 | | |
| 26 APR | 18 | ORDER THAT PLFFS MOTION TO COMPEL IS GRANTED IN PART, ETC., FILED.      4/19/88 entered & copies mailed |

(CONTINUATION)

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 87-3975JF |
|---|---|---|
| PLEDGE OF RESISTANCE, ET AL | WE THE PEOPLE 200 | PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1988 | | |
| 27 Oct | 7 | ORDER THAT THIS ACTION IS DISMISSED WITH PREJUDICE PURSUANT TO LOCAL RULE 23(b), FILED. 10/11/88 ENTERED AND COPIES MAILED |
| 28 Nov | 23 | Joint settlement agreement, filed. |
| (28) " | 28 | ORDER RE: JOINT SETTLEMENT AGREEMENT, AND PERMANENT INJUNCTION, FILED. 11/29/88 ENTERED AND COPIES MAILED |
| 29 " | 29 | S.F. GOLD'S MOTION FOR CONTEMPT OR ALTERNATIVELY FOR PERMANENT INJUNCTION, CERT. OF SERVICE, FILED. |
| 30 " | 29 | ORDER THAT THAT PLFFS MOTION FOR CONTEMPT IS DENIED, FILED. 12/30/88 ENTERED AND COPIES MAILED |
| 2009 | | |
| 31 DEC | 1 | EMERGENCY MOTION OF FRIENDS OF ANIMALS, LEILA FUSFELD, BRANDON GITTELMAN, & MARIANNE BESSEY PURSUANT TO F.R.C.P. 71 TO ENFORCE INJUNCTION, MEMORANDUM, CERTIFICATE OF SERVICE, (EXHIBITS ATTACHED), FILED. |
| 32 " | 2 | Minute Entry, Hearing, re: Emergency motion to enforce injunction held on 12/1/09 before Judge John P. Fullam. Ruling - Plff should make application for a permit & a further hearing on the emergency motion will be held on 12/3/09 at 2:00 p.m., filed. |
| 33 " | 3 | Minute Entry, Further Hearing, re: Emergency motion to enforce injunction held on 12/3/09 before Judge John P. Fullam. Witness called & sworn. Ruling - The parties shall submit an order to the Court for signature, filed. |
| 34 " | 3 | ORDER THAT INDEPENDENCE NATIONAL HISTORICAL PARK SHALL ISSUE TO FRIENDS OF ANIMALS A PERMIT IN SUBSTANTIALLY THE SAME FORM AS ATTACHED HERETO, FILED. 12/22/09 ENTERED AND COPIES MAILED. |